MARC S. KIRSCHNER, as Trustee of the REFCO LITIGATION TRUST, Appellant, v KPMG LLP et al., Respondents, et al., Defendants.

Submitted August 2, 2010; decided August 26, 2010

Motion by DRI-The Voice of the Defense Bar for leave to file a brief amicus curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

Submitted August 2, 2010; decided August 26, 2010

Motion by Professor M. Todd Henderson for leave to file a brief amicus curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 24 copies filed within seven days.

MARC S. KIRSCHNER, as Trustee of the REFCO LITIGATION TRUST, Appellant, v KPMG LLP et al., Respondents, et al., Defendants.

Submitted August 2, 2010; decided August 26, 2010

Motion by Securities Industry and Financial Markets Association for leave to appear amicus curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.